# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHANNON GLEN WINWARD,<br><br>                Petitioner,<br><br>v.<br><br>ROLLIN COOK,<br><br>                Respondent. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 2:17-CV-582-DAK<br><br>District Judge Dale A. Kimball |

On August 10, 2018, this Court ordered Petitioner to within thirty days show cause why his petition should not be dismissed because he had not responded to Respondent's motion to dismiss, (Doc. No. 6), filed May 16, 2018. (Doc. No. 8.) Petitioner has still not responded. Indeed, the Court has not heard from Petitioner since he filed his petition on June 13, 2017.

IT IS THEREFORE ORDERED that Petitioner's action is DISMISSED for failure to prosecute this case. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003).

This case is CLOSED.

DATED this 18th day of October, 2018.

                                        BY THE COURT:

                                        JUDGE DALE A. KIMBALL
                                        United States District Court